**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Marcus A. Lewis,

Plaintiff,

v.

Ross Dress for Less, Inc.,

Defendant.

Case No. 2:26-cv-00207-GMN-NJK

**Order**

[Docket No. 21]

Pending before the Court is a stipulated confidentiality agreement and proposed protective order. Docket No. 21. Parties are permitted to agree to discovery procedures, including confidentiality protections, without judicial approval. *See* Fed. R. Civ. P. 29(b); *see also Cross v. Walmart, Inc.*, 350 F.R.D. 395, 398-99 (D. Nev. 2025). The stipulation does not explain in meaningful fashion why judicial oversight is required as to the parties' discovery agreement. Accordingly, the Court **DENIES** without prejudice the stipulated confidentiality agreement and proposed protective order.

IT IS SO ORDERED.

Dated: July 28, 2026

Nancy J. Koppe
United States Magistrate Judge