Natalie P. Vance
Nevada Bar No. 17006
KLINEDINST PC
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
(702) 859-4000/FAX (702) 554-7606
nvance@klinedinstlaw.com

Attorneys for Defendant

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARCUS A. LEWIS,

Plaintiff,

v.

ROSS DRESS FOR LESS, INC., etc., et al,

Defendants.

Case No. 2:26-cv-00207-GMN-NJK

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

Pursuant to LR IA 11-6, Defendant ROSS DRESS FOR LESS, INC., Steven L. Foremaster, Esq., of Lewis Brisbois Bisgaard & Smith LLP, and Natalie P. Vance, Esq. Klinedinst PC hereby stipulate and agree to substitute Natalie P. Vance, Esq. and Matthew L. Malters, Esq., of Klinedinst PC as counsel of record for Ross Stores, Inc., Ross Dress For Less, Inc., in place of Craig Newman, Esq., of Lewis Brisbois Bisgaard & Smith LLP.

Natalie P. Vance, Esq., and Matthew L. Malters, Esq., are admitted to practice before this Court and agrees to accept this substitution.

[Signature Outgoing Counsel]

Dated this 24th day of September, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

________________________________
Craig Newman, Esq.
Nevada Bar No.
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511

[Signature Incoming Counsel with Bar No. & Contact Info]

Dated this 24th day of September, 2026.

KLINEDINST PC

/s/ Matthew L. Malters

Natalie P. Vance, Esq.
Nevada Bar No. 17006
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
Telephone: (702) 859-4000
nvance@klinedinstlaw.com

Matthew L. Malters, Esq.
Nevada Bar No. 17590
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
Telephone: (702) 859-4000
mmalters@klinedinstlaw.com

[I consent to the above substitution.]

Dated this 24th day of September, 2026.

ROSS STORES, INC., ROSS DRESS FOR LESS, INC.

Corey Upchurch

(Signature of Party)
Print Name: Corey Upchurch
Title: Litigation Consultant
for Ross Stores Inc., Ross Dress for Less, Inc.

IT IS SO ORDERED.

Dated: September 29, 2026

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

31429529.1



KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147