**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marcus A. Lewis,<br>Petitioner(s),<br>v.<br>Ross Dress for Less,<br>Respondent(s). | Case No. 2:26-cv-00207-GMN-NJK<br>**ORDER**<br>[Docket No. 25] |

Pending before the Court is Plaintiff's motion to seal, which addresses documents designated as confidential by Defendant. Docket No. 25. As a threshold matter, no showing was made as to why the motion to seal itself was filed under seal. *Cf. Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *3 (D. Nev. July 19, 2022) ("A motion to seal itself should not generally require sealing or redaction because litigants should be able to address the applicable standard without specific reference to confidential information"). In addition, the proof of service for the motion to seal represents that it was served on Defendant by electronic means, *see* Docket No. 25 at 3, but sealed materials must be served in paper form, Local Rule IC 4-1(c)(4); Local Rule IA 10-5(d). Hence, it is not clear whether Defendant received notice of this motion. Accordingly, the Court **INSTRUCTS** the Clerk's Office to unseal the motion at Docket No. 25, while continuing to maintain under seal the exhibits thereto at Docket Nos. 25-1 and 25-2. Plaintiff must promptly serve Defendant with the motion to seal and the exhibits thereto as required by the local rules. No later than December 4, 2026, Defendant must file either a notice that it consents to unsealing or a response to the motion substantiating how the governing standard has been met.

IT IS SO ORDERED.

Dated: November 19, 2026

Nancy J. Koppe
United States Magistrate Judge